In the Matter of GUILD PROPERTIES, INC., Respondent, against " MARY " RAPPAPORT, Individually and as Ancillary Administratrix of the Estate of JETTIE ENGELBERG, Deceased, et al., Appellants.

Appeal withdrawn November 21, 1946.

*Charles J. Tobin, Jr.,* for appellants.

*George H. Rosen* for respondent.

Appeal withdrawn on stipulation.

NEW YORK CITY TUNNEL AUTHORITY, Appellant, *v.* CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al., Respondents, et al., Defendants.

Submitted November 12, 1946; decided November 21, 1946.

Motion by respondents for reargument denied, with $10 costs and necessary printing disbursements. [See 295 N. Y. 467.]